HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LINDSEY GARDNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LINDSEY GARDNER,<br><br>　　　　　Defendant. | Case No. 6:20-po-00017-JDP<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE**<br><br>Date: April 8, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

　　　　The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, appearing specially for the defendant, Lindsey Gardner, hereby stipulate and jointly move this Court to continue Ms. Weller's status conference from March 31, 2020 until April 8, 2020.

　　　　Given ongoing COVID-19 interruptions to court operations, the undersigned defense counsel requests that Ms. Weller's review hearing be continued until April 8, 2020 in order to arrange a telephonic appearance.

//

//

//

//

//

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated: March 30, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Acting Legal Officer<br>National Park Service |
| 6 | | Yosemite National Park |
| 7 | | |
| 8 | Dated: March 30, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | LINDSEY GARDNER |

ORDER

Good cause appearing, the above stipulation to continue case 6:20-po-00017 JDP until April 8, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   March 30, 2020   

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  March_____, 2020  _____
HON. JEREMY D. PETERSON
United States Magistrate Judge

Gardner / Stipulation to Continue Review Hearing and Order

-3-