Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDSEY E. GARDNER,<br><br>Defendant. | Docket Number 6:20-po-00017-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of *United States v. Gardner 6:20-po-00017-JDP,* violation number 7577992, without prejudice and in the interest of justice.

Dated: October 28, 2020         /S/ Sean O. Anderson_____
                                                Sean O. Anderson
                                                Legal Officer
                                                Yosemite National Park

//
//
//

1

//
//

**ORDER**

Upon application of the United States, good cause having been shown therefor, IT IS HEREBY ORDERED that the above-referenced matter, *United States v. Gardner*, 6:20-po-00017-JDP, violation number 7577992, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 30, 2020                              _____
                                                                                UNITED STATES MAGISTRATE JUDGE